```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 12498
   MELVIN GUNN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-0667

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 03/30/2004 and was confirmed 06/14/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 01/07/2008.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                  PAID             PAID
--------------------------------------------------------------------------
  CITIMORTGAGE INC           CURRENT MORTG         .00              .00              .00
  FORD MOTOR CREDIT          SECURED          18000.00          1579.80         18000.00
  FORD MOTOR CREDIT          UNSECURED         7269.20              .00           420.64
  AMERICAN EXPRESS TRAVEL    UNSECURED        16207.17              .00           937.85
  ROUNDUP FUNDING LLC        UNSECURED         6286.41              .00           363.77
  ROUNDUP FUNDING LLC        UNSECURED         3962.22              .00           229.27
  ECAST SETTLEMENT CORP      UNSECURED         5851.19              .00           338.58
  SHERMAN ACQUISITION LLC    UNSECURED         2393.99              .00           138.53
  CAPITAL ONE BANK           UNSECURED         3217.48              .00           186.18
  CAPITAL ONE BANK           UNSECURED          377.88              .00            15.57
  CARSON PIRIE SCOTT         UNSECURED         6951.80              .00           402.27
  ECAST SETTLEMENT CORP      UNSECURED         9559.75              .00           553.19
  SHERMAN ACQUISITION LLC    UNSECURED         8141.86              .00           471.14
  CREDIT UNION 1             UNSECURED         6579.91              .00           380.75
  HSBC                       UNSECURED         4603.41              .00           266.38
  MELVIN J KAPLAN            DEBTOR ATTY       1,894.00                          1,894.00
  TOM VAUGHN                 TRUSTEE                                             1,517.32
  DEBTOR REFUND              REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE              27,695.24

  PRIORITY                                            .00
  SECURED                                       18,000.00
     INTEREST                                    1,579.80
  UNSECURED                                      4,704.12
  ADMINISTRATIVE                                 1,894.00
  TRUSTEE COMPENSATION                           1,517.32
  DEBTOR REFUND                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 12498 MELVIN GUNN
```

```
                                ---------------    ---------------
TOTALS                              27,695.24          27,695.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/13/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```